■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HARRIS, Appellant. (Appeal No. 1.) [9 NYS3d 903]—Appeal from a resentence of the Seneca County Court (Dennis F. Bender, J.), rendered March 7, 2011. Defendant was resentenced by imposing terms of postrelease supervision.

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Harris* ([appeal No. 2] 129 AD3d 1522 [2015]). Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.